FILED
2021 Mar-25 AM 09:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| CHARLA LYNN JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:18-cv-01449-MHH-HNJ |
| SHERIFF TERRY SURLES, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on March 1, 2021, in which he recommended that the Court treat the defendants' special report as a motion for summary judgment and that the Court grant the motion. (Doc. 53). The magistrate judge also recommended that the Court deny Ms. Johnson's motion for summary judgment. The parties were advised of their right to file specific written objections within 14 days. The Court has not received objections.

Having reviewed and considered the materials in the court's electronic record, including the report and recommendation, the Court adopts the magistrate judge's report and accepts his recommendation. Accordingly, the Court grants the defendants' motion for summary judgment on Ms. Johnson's claims. The Court will enter a final judgment resolving Ms. Johnson's remaining claims in favor of the defendants.

**DONE** and **ORDERED** this March 24, 2020.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE